**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01240-CV

**LUISA ALONSO, Appellant**

**V.**

**ALLIANCE AFT, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06040-D**

## ORDER

We **GRANT** appellee's December 5, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief on or before January 3, 2014.

/s/ DAVID LEWIS
   JUSTICE